**KAUMAGRAPH COMPANY, Plaintiff-Appellant, v. GENERAL TRADE MARK CORPORATION and Dominick Capuozzo, Defendants-Appellees.**

No. 183.

Circuit Court of Appeals, Second Circuit.

March 27, 1939.

Hoguet, Neary & Campbell, of New York City (Worthington Campbell, George H. Corey, and Mark N. Donohue, all of New York City, of counsel), for appellant.

Harry Price, of New York City (Morris Hirsch, of New York City, of counsel), for appellees.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.